**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Hermitage Inn Real Estate Holding Company, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4781607** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**145 Deercliff Road**<br>**Avon, CT 06001**<br>Number, Street, City, State & ZIP Code<br><br>**Hartford**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**10 Gatehouse Trail Wilmington, VT 05356**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.hermitageclub.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Hermitage Inn Real Estate Holding Company, LLC**                    Case number (*if known*) _____
          Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7139**

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | Check one: |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☐ No. |
|---|---|---|
| | | ■ Yes. |

If more than 2 cases, attach a separate list.

| | District | **Vermont** | When | **5/22/19** | Case number | **19-10214** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No |
|---|---|---|
| | | ■ Yes. |

List all cases. If more than 1, attach a separate list

| | Debtor | **Hermitage Club, LLC** | Relationship | **Affilate** |
|---|---|---|---|---|
| | District | **Connecticut** | When | Case number, if known | |

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Hermitage Inn Real Estate Holding Company, LLC**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 28, 2019**
_____
MM / DD / YYYY

**X** **/s/ James R. Barnes**
_____
Signature of authorized representative of debtor

**James R. Barnes**
_____
Printed name

Title    **Manager**
_____

**18. Signature of attorney**

**X** **/s/ Douglas S. Skalka**
_____
Signature of attorney for debtor

Date    **May 28, 2019**
_____
MM / DD / YYYY

**Douglas S. Skalka ct00616**
_____
Printed name

**Neubert, Pepe & Monteith, P.C.**
_____
Firm name

**195 Church Street, 13th Floor**
**New Haven, CT 06510**
_____
Number, Street, City, State & ZIP Code

Contact phone    **203-821-2000**    Email address    **dskalka@npmlaw.com**
_____        _____

**ct00616 CT**
_____
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hermitage Inn Real Estate Holding Company, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | _____ |

☐  Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Haymaker Investments, LLC c/o Louis Chenevert 8 Atwater Terrace Farmington, CT 06032** | | **100k Club Member / Family Legacy Memberships** | | | | **$1,500,000.00** |
| **Don Griesdorn 8787 Bay Colony Drive Apt 2002 Naples, FL 34108** | | **Deposit on Real estate** | | | | **$1,300,000.00** |
| **Rob Girschek 40 Joy Street Boston, MA 02114** | | **100k Club Member** | | | | **$700,000.00** |
| **IVJMA, LLC - Tanaglia Brothers Attn: President or General Mgr 6805 Atlantic Ave Wildwood, NJ 08260** | | **100k Club Member** | | | | **$600,000.00** |
| **Robert Rubin 4 Alpine Loop West Dover, VT 05356** | | **100k Club Member Bridge Loan** | | | | **$500,000.00** |
| **Douglas Hollenbeck 29 Timothy Drive Westerly, RI 02891** | | **100k Club Member, Membership Initiation Fee Redemption Value** | | | | **$500,000.00** |
| **G2 Capital 535 Boylston Street 11th Floor Attn: President or General Mgr Boston, MA 02116** | | **Advisory Services** | | | | **$410,012.33** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

Debtor __**Hermitage Inn Real Estate Holding Company, LLC**__     Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dan McLeod 411 Soundview Avenue Stamford, CT 06902** | | **100k Club Member** | | | | **$350,000.00** |
| **Carmen Martocchio & W Siracusa 151 Bamforth Road Vernon, CT 06066** | | **100k Club Member** | | | | **$300,000.00** |
| **Marcum LLP Attn: Joseph Natarelli 555 Long Wharf Drive New Haven, CT 06511** | | **Accounting Services** | | | | **$285,158.00** |
| **Joseph Willen 29 Bluff Point Rd Northport, NY 11768** | | **100k Club Member** | | | | **$250,000.00** |
| **Steven Albert 17 Frog Rock Road Armonk, NY 10504** | | **100k Club Member** | | | | **$200,000.00** |
| **Rob Aubin 91 Old Sawmill Road Londonderry, VT 05148** | | **100k Club Member** | | | | **$200,000.00** |
| **Kevin Siebrecht 8 Whispering Way Brookfield, CT 06804** | | **100k Club Member** | | | | **$200,000.00** |
| **Dana Nielsen 87 Sunset Dr Weston, MA 02493** | | **100k Club Member** | | | | **$200,000.00** |
| **Bill Russell 1085 Sasco Hill Rd Fairfield, CT 06824** | | **100k Club Member** | | | | **$200,000.00** |
| **Lorista Holdings Attn: President or General Mgr 101 N. Plains Industrial Road Building 1B Ste 3 Wallingford, CT 06492** | | **Rent** | | | | **$162,000.00** |
| **8 Stags Leap LLC 400 Beach Drive #2405 Attn: President or General Mgr St Petersburgh, FL 33617** | | **Rent** | | | | **$161,102.82** |

Debtor    **Hermitage Inn Real Estate Holding Company, LLC**                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rogger & Isabelle Alvarado 4 Farrell Road Weston, CT 06883** | | **100k Club Member, Membership Initiation Fee Redemption Value** | | | | **$159,600.00** |
| **Sean Winters 10 Stillwater Road St  James, NY 11780** | | **100k Club Member** | | | | **$150,000.00** |

# United States Bankruptcy Court
## District of Connecticut

In re   **Hermitage Inn Real Estate Holding Company, LLC**    Case No.

Debtor(s)     Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Aaron Kehoe**<br>**325 North End Avenue  Apt  22B**<br>**New York, NY 10282** | | | |
| **Alan Kurzer**<br>**17 Smith Farm Road**<br>**Bedford, NY 10506** | | | |
| **Alex Hammett**<br>**318 West 71st St  Apt 1**<br>**New York, NY 10023** | | | |
| **Andrea Hekemian**<br>**91 Fox Hedge Road,**<br>**Saddle River, NJ 07458** | | | |
| **Anthony Graziano**<br>**42 Deep Run**<br>**Cohasset, MA 02025** | | | |
| **Barry Goldberg**<br>**82 Four Mile Road,**<br>**West Hartford, CT 06107** | | | |
| **Benjamin Willemstyn**<br>**11 Hasler Lane**<br>**Little Silver, NJ 07739** | | | |
| **Betsy Vogel Friedman**<br>**240 Gregory Rd**<br>**Franklin Lakes, NJ 07417** | | | |
| **Bill Allen**<br>**31 Aunt Pattys Lane**<br>**Bethel, CT 06801** | | | |
| **Bill Charon**<br>**17 2nd Avenue,nue**<br>**Bayville, NY 11709** | | | |
| **Brad Asness**<br>**22 Dewart Road**<br>**Greenwich, CT 06830** | | | |
| **Bradley Morris**<br>**71 Woodford Hill Dr**<br>**Avon, CT 06081** | | | |

Sheet 1 of 8 in List of Equity Security Holders

In re:   **Hermitage Inn Real Estate Holding Company, LLC**                    Case No. _____
                                                   **Debtor(s)**

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**Bryan Rosen**
**40 Vanderbilt Rd**
**Manhasset, NY 11030**

**Carina Calia**
**4 Deer Park Rd.**
**New Canaan, CT 06840**

**Carl Ferenbach**
**2 Commonwealth Ave**
**Boston, MA 02116**

**Carter Sullivan**
**434 Mansfield Avenue**
**Darien, CT 06820**

**Cheryl Rothman/LaFlamme**
**126 Whites Rd   PO Box 1044**
**Wilmington, VT 05363**

**Chip Wood**
**95 Cayuga Ave.**
**Oceanport, NJ 07757**

**Chris Drury**
**133 West 17th PHC**
**New York, NY 10011**

**Christopher Croft**
**60 E  96th St  4E**
**New York, NY 10128**

**Christopher Perrone**
**23 wallace st PH1**
**Red Bank, NJ 07701**

**Christopher Pink**
**186 E  93rd St**
**New York, NY 10128**

**Commonwealth Financial Group**
**35 Overlook Drive**
**Framingham, MA 01701**

**Dan Proscia**
**5 Yarmouth Dr**
**Chatham, NJ 07928**

In re: __Hermitage Inn Real Estate Holding Company, LLC__                    Case No. _____
                                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**David Bliss**
**58 Compo Mill Cove**
**Westport, CT 06880**

**David Cameron**
**2 Sequan Road**
**Watch Hill, RI 02891**

**David Cohen**
**410 Hidden Valley Ct**
**Wyckoff, NJ 07481**

**David Mercier**
**32 Horizon Lane**
**Glastonbury, CT 06033**

**Debra Malloy**
**11 Upper Highlands Loop**
**PO Box 2172**
**West Dover, VT 05356**

**Dennis Stanek**
**1A Gleneagles Dr.**
**Farmington, CT 06032**

**Diane McCormick**
**24 Bourne Avenue**
**Sandwich, MA 02563**

**Douglas Long**
**18 White Tail Way**
**Littleton, MA 01460**

**Dwight Long**
**363 King St.**
**Littleton, MA 01460**

**Frank Cotrona**
**5 Laurelwood Dr**
**Wallingford, CT 06492**

**Fred Pazmino**
**185 S County Rd**
**Leyden, MA 01301**

**Gary Rothschild**
**141 Loring Avenue**
**Pelham, NY 10803**

List of equity security holders consists of 8 total page(s)

In re: **Hermitage Inn Real Estate Holding Company, LLC**                    Case No. _____

                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ian Dilts**<br>**7 Woods End Rd**<br>**Darien, CT 06820** | | | |
| **James R. Barnes**<br>**145 Deercliff Road**<br>**Avon, CT 06001** | | | |
| **Jan Linhart**<br>**7 Orchard Dr**<br>**Purchase, NY 10577** | | | |
| **Jaroslaw Kalecinski**<br>**4 Viewpoint Rd**<br>**Ellington, CT 06029** | | | |
| **Jeff Bornstein**<br>**174 Branchville Road,**<br>**Ridgefield, CT 06877** | | | |
| **Joel Koral**<br>**253 Woodlands Drive**<br>**Tuxedo Park, NY 10987** | | | |
| **John Arege**<br>**17 Paag Lane**<br>**Little Silver, NJ 07739** | | | |
| **John Curran**<br>**1 Captain Copeland Rd**<br>**East Dover, VT 10504** | | | |
| **John Doyle**<br>**224 Hamilton Rd**<br>**Ridgewood, NJ 07450** | | | |
| **John Gannon**<br>**68 Hall Rd.**<br>**Wilmington, VT 05363** | | | |
| **John Heneghan**<br>**14 Hewlett Avenue,nue**<br>**Point Lookout, NY 11569** | | | |
| **John Maher**<br>**82 Whipstick Rd**<br>**Ridgefield, CT 06877** | | | |

List of equity security holders consists of 8 total page(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:    **Hermitage Inn Real Estate Holding Company, LLC**                    Case No. _____
                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Nesland**<br>**400 Beechwood Road**<br>**Ridgewood, NJ 07450** | | | |
| **Jonathan Chason**<br>**16 Huckleberry Road**<br>**Hopkinton, MA 01748** | | | |
| **Joseph Busuttil**<br>**19 Hunting Hollow Ct**<br>**Dix Hills, NY 11746** | | | |
| **Joseph Conti**<br>**76 Marlborough Road**<br>**Glastonbury, CT 06033** | | | |
| **Joseph Pastore**<br>**86 Peaceable St**<br>**Ridgefield, CT 06877** | | | |
| **Joseph Willen**<br>**29 Bluff Point Rd**<br>**Northport, NY 11768** | | | |
| **Justine Robertson**<br>**7 Gull Point**<br>**Monmouth Beach, NJ 07750** | | | |
| **Kevin Siebrecht**<br>**8 Whispering Way**<br>**Brookfield, CT 06804** | | | |
| **Laurence Russian**<br>**39 Keofferam Road**<br>**Old Greenwich, CT 06870** | | | |
| **Lawrence Hesse**<br>**356 West Lake Avenue,**<br>**Bay Head, NJ 08742** | | | |
| **Lawrence Kingsley**<br>**5 Pine Island Rd**<br>**Rye, NY 10580** | | | |
| **Luke Walsh**<br>**57 Chichester Rd**<br>**New Canaan, CT 06840** | | | |

List of equity security holders consists of 8 total page(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

In re:    **Hermitage Inn Real Estate Holding Company, LLC**                    Case No. _____

                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**Mark Amanti**
**PO Box 1325**
**East Otis, MA 01029**

**Mark Brett**
**1 Four Mile Riker Road**
**Old Lyme, CT 06371**

**Mary Anne Stets/HW Maxwell**
**369 Taugwonk Road**
**Stonington, CT 06378**

**Matthew Stepanski**
**19 Conover Lane**
**Rumson, NJ 07760**

**Michael Lech**
**26-2 Cove Road**
**Lyme, CT 06371**

**Michael Tokarz**
**2525 Purchase St**
**Purchase, NY 10577**

**Nancy Morris**
**137 Remington Road**
**Manhasset, NY 11030**

**Paul Scheier**
**210 Central Park South**
**Apt 20A**
**New York, NY 10019**

**Peter Coleman**
**65 Pinehurst St**
**Lido Beach, NY 11561**

**Peter Lovell**
**48 Point Lookout**
**East Milford, CT 06460**

**Richard Baudouin**
**9 Indian Springs Road**
**Rowayton, CT 06853**

**Richard Goldman**
**10 Quintard Avenue**
**Old Greenwich, CT 06870**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re:  **Hermitage Inn Real Estate Holding Company, LLC**                    Case No. _____

                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Richard Katz**
**55 Farrington St**
**Closter, NJ 07624**

**Richard St. Jean**
**32 Lowell Road**
**Concord, MA 01742**

**Rob Girschek**
**40 Joy Street**
**Boston, MA 02114**

**Rob Krzanowski**
**22 Links Court**
**Sparta, NJ 07871**

**Robert Coffin**
**38 Beacon St   Unit 63**
**Boston, MA 02108**

**Sandra Manzke**
**12 Bishop Park Road**
**Pound Ridge, NY 10576**

**Scott Bigman**
**58 Farmington Lane**
**Melville, NY 11747**

**Sean McHugh**
**42 Oak Hill Terrace**
**Haddam, CT 06438**

**Sean Winters**
**10 Stillwater Road**
**St  James, NY 11780**

**Stan Szczepanik**
**52 Foxcroft Court**
**Southington, CT 06489**

**Steven Albert**
**17 Frog Rock Road**
**Armonk, NY 10504**

**Stuart Kovensky**
**18 Long Pond Road**
**Armonk, NY 10504**

List of equity security holders consists of 8 total page(s)

In re:   **Hermitage Inn Real Estate Holding Company, LLC**                          Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Terence Linehan**
**8 Johnson Place**
**Rye, NY 10580**

**Thano Chaltas**
**75 Loring Avenue**
**Providence, RI 02906**

**Timothy Babineau**
**2 Holly Lane**
**Barrington, RI 02806**

**Tom Garten**
**77 Bluff Point Road**
**South Glastonbury, CT 06073**

**Tracy Smith**
**38 Stonefield Rd**
**Avon, CT 06001**

**Whitney Peterson / Paul Connor**
**485 Whitfield Street**
**Guilford, CT 06437**

**William Deakins**
**144 Washington Avenue,**
**Dobbs Ferry, NY 10522**

**William Russell**
**1085 Sasco Hill Rd**
**Fairfield, CT 06824**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 28, 2019**                          Signature   **/s/ James R. Barnes**
_____                          _____
**James R. Barnes**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Connecticut

In re    **Hermitage Inn Real Estate Holding Company, LLC**                         Case No.

Debtor(s)                                            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **May 28, 2019**                         **/s/ James R. Barnes**

**James R. Barnes**/**Manager**
Signer/Title

15-Hermitage, LLC
c/o Updike, Kelly & Spellacy
Attn: Kevin J. McEleney, Esq.
One Pearl Street, 17th Floor
Hartford, CT 06123


8 Stags Leap LLC
400 Beach Drive #2405
Attn: President or General Mgr
St  Petersburgh, FL 33617


A&W Realty LLC
Attn: President or General Mgr
2 Mountain Park Plaza
West Dover, VT 05356


Aaron Kehoe
325 North End Avenue  Apt  22B
New York, NY 10282


Adrian & Nikki Hamburger
15 Bridgette
Westerly, RI 02891


AFCO
5600 North River Road Ste 400
Attn: President or General Mgr
Rosemont, IL 60018-5187


Alan & Diane Kurzer
17 Smith Farm Road
Bedford, NY 10506


Albert Subbloie
908 Rainbow Trail
Orange, CT 06477


Alex Hammett
318 West 71st St  Apt 1
New York, NY 10023


Alexandric & Kim Ho
20 Parkerville Rd
Southborough, MA 01772

Andrea & David Hekemian
91 Fox Hedge Road
Saddle River, NJ 07458


Andrew & Yvonne Rebak
830 Seneca Road
Franklin Lakes, NJ 07417


Ann Coleman
437 Maple Drive
Whitingham, VT 05361


Anthony & Nicole Graziano
42 Deep Run
Cohasset, MA 02025


Arpad & Madeleine Fejos
69 Broadfield Rd
Hamden, CT 06517


ASSURANCE AGENCY, LTD.
P O BOX 5653
Attn: President or General Mgr
CAROL STREAM, IL 60197-5653


Atomic Professional Audio Inc
Attn President or General Mgr
364A Innovation Drive
North Clarendon, VT 05759


Austin Design Inc.
Attn: President or General Mgr
2 Mead Street
Greenfield, MA 01301


Barnstormer Summit Lift, LLC
Attn: President or General Mgr
29 S Main St Ste 327
West Hartford, CT 06107


Barnstormer Summit Lift, LLC
c/o Zeisler & Zeisler
10 Middle Street, 15th Floor
Bridgeport, CT 06604

Barry & Jill Goldberg
82 Four Mile Road
West Hartford, CT 06107


Barry & Joy Schwartz
118 Dogwood Court
Stamford, CT 06903


Becky Esposito
11 Birch Rd
Darien, CT 06820


Benjamin Willemstyn
11 Hasler Lane
Little Silver, NJ 07739


Berkshire Bank
Attn: President or General Mgr
1259 E Columbus Ave Ste 301
Springfield, MA 01105


Betsy & Dan Vogel Friedman
240 Gregory Rd
Franklin Lakes, NJ 07417


Bettima & Douglas Bosma
59 Wrights Mill Rd
Armonk, NY 10504


Bill & Ali Charon
17 2nd Avenue,nue
Bayville, NY 11709


Bill & Joyce Allen
31 Aunt Pattys Lane,
Bethel, CT 06801


Bill & Yvonne Deakins
144 Washington Avenue
Dobbs Ferry, NY 10522

Bill and Tatiana Geist
933 Tryon St
South  Glastonbury, CT 06073


Bill Geist
933 Tryon St.
South Glastonbury, CT 06073


Bill Russell
1085 Sasco Hill Rd
Fairfield, CT 06824


Billy Deakins
144 Washington Ave
Dobbs Ferry, NY 10522


Bob Fisher
535 Shearer Hill Rd
Brattleboro, VT 05301


Bradley & Amy Morris
71 Woodford Hill Dr
Avon, CT 06081


Brian & Allison Lorber
6 Rolling Hill Rd
Old Westbury, NY 11568


Brian Costello
5 Nolen Lane,
Darien, CT 06820


Brian Lorber
6 Rolling Hill Rd.
Old Westbury, NY 11568


Browns Country Services LLC
Attn: Jeffrey C Brown
797 VT Rte 100
Wilmington, VT 05363

Bryan & Barbara Rosen
40 Vanderbilt Rd
Manhasset, NY 11030


BSA Architects, Inc.
dba Bull Stockwell Allen
Attn: President or General Mgr
300 Montgomery Street Ste 1135
San Francisco, CA 94104


Builders Services, Inc.
Attn: President or General Mgr
NEED ADDRESS
NEED ADDRESS


Carina Calia
4 Deer Park Rd
New Canaan, CT 06840


Carl Ferenbach
2 Commonwealth Avenue
Boston, MA 02116


Carmen Martocchio & W Siracusa
151 Bamforth Road
Vernon, CT 06066


Carol H. Butler Trust
c/o Pamela Keefe, Trustee
241 White Oak Shade Road
New Canaan, CT 06840


Carter & Anne Sullivan
434 Mansfield Avenue
Darien, CT 06820


Chad V. Bullock
48 Ruth Way
Wilmington, VT 05363


CHAMONIX STAG'S LEAP HOA
C/O TPW MANAGEMENT LLC
PO BOX 60666
Attn: President or General Mgr
PHOENIX, AZ 85082-0666

Charles & Sheri Daknis
34 Rivers Edge Drive
Little Silver, NJ 07739

Charles Collins
20 Prospect Avenue
Larchmont, NY 10538

Charles Collins & Ana Cladera
20 Prospect Avenue
Larchmont, NY 10538

Charles Daknis
34 Rivers Edge Drive
Little Silver, NJ 07739

Cheryl LaFlamme
126 Whites Rd
PO Box 1044
Wilmington, VT 05363

Chip Wood
95 Cayuga Avenue
Oceanport, NJ 07757

Chris & Ellen Nakatani
161 Grand St  Apt 4A
New York, NY 10013

Chris & Jill Drury
133 West 17th PHC
New York, NY 10011

Christopher & Beth Ann Perrone
23 Wallace St PH1
Red Bank, NJ 07701

Christopher & Paula Pink
186 E  93rd St
New York, NY 10128

Christopher & Sharon Neuner
166 Washington Avenue
Chatham, NJ 07928


Christopher Croft
60 E 96th St 4E
New York, NY 10128


Cincinnati Insurance
PO Box 145620
Attn: President or General Mgr
Cincinnati, OH 45250-5620


Coldbrook Fire District No. 1
Attn: President or General Mgr
18 Coldbrook Road
Wilmington, VT 05363-9624


Commonwealth Financial Group
35 Overlook Drive
Attn: President or General Mgr
Framingham, MA 01701


Craig Doersch
9 King Philip Tr
Sandy Hook, CT 06482


Craig Doersch Painting, LLC
Attn President or General Mgr
9 King Phillip Trail
Sandy Hook, CT 06482


Dale Ribaudo
26 Country Club Lane
East Granby, CT 06026


Dan & Karen Proscia
5 Yarmouth Dr
Chatham, NJ 07928


Dan & Stacy Weinstein
31 Mockingbird Lane
Glastonbury, CT 06033

Dan and John Lane
dba Lane Plumbing&Heating Inc
10 Adams Drive
Wilmington, VT 05363

Dan McLeod
411 Soundview Avenue
Stamford, CT 06902

Dan Solaz
72 Limerick Road
Trumbull, CT 06611

Dana Nielsen
87 Sunset Dr
Weston, MA 02493

Daniel & Jeannine Thomasch
21 Pen Mor Drive
Muttontown, NY 11732

Dave Otfinoski
49 Parkers Point
Chester, CT 06412

David & James Green Taylor
175 Milton St #7
Milton, MA 02186

David Bliss
58 Compo Mill Cove
Westport, CT 06880

David Cameron
2 Sequan Road
Watch Hill, RI 02891

David Cohen
410 Hidden Valley Ct
Wyckoff, NJ 07481

David Koch
148 Weeburn Drive
New Canaan, CT 06840

David Manning Inc
Attn President or General Mgr
103 Frost Place
Brattleboro, VT 05302

David Marks
779 Prospect Avenue
West Hartford, CT 06105

David Mercier
32 Horizon Lane
Glastonbury, CT 06033

David Taylor
175 Milton St. # 7
Milton, MA 02186

Debra Malloy
11 Upper Highlands Loop
PO Box 2172
West Dover, VT 05356

DECORATIVE INTERIORS
4566 MAIN Street
Attn: President or General Mgr
MANCHESTER CENTER, VT 05255

Deidre Kimble
10 Stafford Place
White Plains, NY 10604

Dell Financial
c/o Shapiro Dorry Masterson LL
Attn: President or General Mgr
145 Waterman Street
Providence, RI 02906

Dell Financial Services LLC
Attn: President or General Mgr
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

Dennis & Tarah Bellamy
17 Main St
Vernon, CT 06066

Dennis Stanek
1A Gleneagles Dr
Farmington, CT 06032

Denny Stanek
1A Gleneagles Dr.
Farmington, CT 06032

Derek & Stacey Tietjen
21 Vista Dr
Little Silver, NJ 07739

Diane McCormick
24 Bourne Avenue
Sandwich, MA 02563

Don Griesdorn
8787 Bay Colony Drive
Apt 2002
Naples, FL 34108

Donald Jabro
27 Brimmer St #3
Boston, MA 02108

Douglas Hollenbeck
29 Timothy Drive
Westerly, RI 02891

Douglas Long
18 White Tail Way
Littleton, MA 01460

DUNCAN CABLE TV
PO Box 685
Attn: President or General Mgr
WILMINGTON, VT 05363-0685

Dwight Long
363 King St
Littleton, MA 01460


Elliot Cooperstone
6 Marvin Place
Westport, CT 06880


EPHRAIM MOUNTAIN FARM
400 DUTTON DISTRICT Road
Attn: President or General Mgr
SPRINGFIELD, VT 05156


Eric Roemer
49 Birch Rd
Darien, CT 06820


EXXON
PO BOX 78001
Attn: President or General Mgr
PHOENIX, AZ 85062-8001


Fisher and Fisher Law Offices
Attn: President or General Mgr
114 Main Street
Boston, MA 02108


Frank Cotrona
5 Laurelwood Dr
Wallingford, CT 06492


Fred & Susan Pazmino
185 S County Rd
Leyden, MA 01301


Fred H. Hamblet, LLC
Attn: President or General Mgr
29 Victoria Street
Keene, NH 03431


G2 Capital
535 Boylston Street 11th Floor
Attn: President or General Mgr
Boston, MA 02116

Garold Miller
4 Mohawk Dr
West Hartford, CT 06117


Gary Rothschild
141 Loring Avenue
Pelham, NY 10803


Gordon Bristol Consulting
Attn President or General Mgr
279 Sunset Lake Rd
Williamsville, VT 05362


Gordon Bristol Consulting dba
Gordon Bristol Consulting LLC
279 Sunset Lake Rd
Williamsville, VT 05362


Green Mountain Power
Attn: President or General Mgr
163 Acorn Lane
Colchester, VT 05446


Greenfield Glass Company
Attn President or General Mgr
52 River Street
Greenfield, MA 01301


Greg Rosen
170 East End Avenue, Apt 8D
New York, NY 10128


Gregg Clark
8 Willowmere Avenue
Riverside, CT 06878


Grenoble Group
c/o Langrock Sperry & Wool LLP
Attn: President or General Mgr
210 College Street
Burlington, VT 05402


Harrington Engineering Inc.
Attn President or General Mgr
7868 Pomfret Road
North Pomfret, VT 05053

Haymaker Investments, LLC
c/o Louis Chenevert
8 Atwater Terrace
Farmington, CT 06032


Howard Kotkin
8 Baileys Mill Rd
Basking Ridge, NJ 07920


HUTTER CONSTRUCTION CORPORATIO
810 TURNPIKE Road
Rte 124  POBOX 257
Attn: President or General Mgr
NEW IPSWICH, NH 03071


Ian Dilts
7 Woods End Rd
Darien, CT 06820


Internal Revenue Service
Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


International Financial
Services Corporation
Attn: President or General Mgr
1113S Milwaukee Ave Ste 301
Libertyville, IL 60048


Iron Horse Standing Seam Roofi
Co aka Iron Horse Roofing Co
Attn: President or General Mgr
PO Box 221, 1350 Route 11
Londonderry, VT 05148


IVJMA, LLC - Tanaglia Brothers
Attn: President or General Mgr
6805 Atlantic Ave
Wildwood, NJ 08260


Jack Murphy
140 Stoneleigh Rd
New Canaan, CT 06840

James R Barnes 2009 Irrev GRAT
John DelNegro, Esq.
71 Nook Farms Road
Windsor, CT 06095

James R. Barnes
145 Deercliff Road
Avon, CT 06001

James Winiarski
115 Drumlin Hill Rd
Bolton, MA 01740

Jan Linhart
7 Orchard Dr
Purchase, NY 10577

Jaroslaw Kalecinski
4 Viewpoint Rd
Ellington, CT 06029

Jason Barnett
48 Arasley Avenue
West Irvington, NY 10533

Jason Gies
64 Knollwood Lane
Darien, CT 06820

Jeff & Jill Bornstein
174 Branchville Road
Ridgefield, CT 06877

Jeff Koslowsky
6 Brookline Rd
Scarsdale, NY 10583

Jeremiah O'Dwyer
85 Bayberry Hill Road
Avon, CT 06001

Jeremy C. Powers
c/o Jess T Schwidde, Esq.
PO Box 28
Rutland, VT 05702-0028


Jim & Emily Boshart
296 Mountain Avenue
Ridgewood, NJ 07450


Jim Ryan
P O  Box 663
Bondville, VT 05340


Jimmy Winters
319 Old Mill Rd.
St. James, NY 11780


Joe Pastore
86 Peaceable St
Ridgefield, CT 06877


Joel Koral
253 Woodlands Drive
Tuxedo Park, NY 10987


Johannes Boeckmann
140 Davis Street
Hamden, CT 06517


John & Crista Gannon
68 Hall Rd
Wilmington, VT 05363


John & Theresa Curran
1 Captain Copeland Rd
East Dover, VT 10504


John Arege
17 Paag Lane
Little Silver, NJ 07739

John Doyle
224 Hamilton Rd
Ridgewood, NJ 07450

John Fitzgerald
36 Kane Avenue
Larchmont, NY 10538

John Heneghan
14 Hewlett Avenue
Point Lookout, NY 11569

John Maher
82 Whipstick Rd
Ridgefield, CT 06877

John Maraganore
49 Constellation Warf
Charlestown, MA 02129

John Nesland
400 Beechwood Road
Ridgewood, NJ 07450

John Visgilio
6 Whitman Lane
Old Lyme, CT 06371

Jon & Kate Kaplan
280 Hollow Tree Ridge Rd
Darien, CT 06820

Jonathan Chason
16 Huckleberry Road
Hopkinton, MA 01748

Jonathan Cody
131 Thayer Pond Rd
New Canaan, CT 06840

Joseph Busuttil
19 Hunting Hollow Ct
Dix Hills, NY 11746


Joseph Conti
76 Marlborough Road
Glastonbury, CT 06033


Joseph Willen
29 Bluff Point Rd
Northport, NY 11768


Joyce Land Surveying Corp
Attn: Benjamin A Joyce
37 Atherton Road
Wilmington, VT 05363


Justin Meng
10 Rock Hill Lane
Scarsdale, NY 10583


Justine Robertson
7 Gull Point
Monmouth Beach, NJ 07750


KENLAN, A. JAY, ESQ.,PLLC
25 WASHINGTON Street
Attn: President or General Mgr
RUTLAND, VT 05701


Kenneth Corriveau
15 Old Orchard Road
Riverside, CT 06878


Kevin Heneghan
14 Hewlett Avenue
Point Lookout, NY 11569


Kevin Siebrecht
8 Whispering Way
Brookfield, CT 06804

```
Key Drilling & Blasting Svcs
Attn President or General Mgr
14 Trowbridge Road
Keene, NH 03431


Kimberly & Bob Anderson
335 West Beach Rd
Charlestown, RI 02813


KraftCPA's PLLC
555 Great Circle Road
Attn: President or General Mgr
Nashville, TN 37228


Lakeland Bank
Attn: President or General Mgr
166 Changebridge Road
Montville, NJ 07045


Laurence Russian
39 Keofferam Road
Old Greenwich, CT 06870


Law Offcs of John Del Negro
71 Nook Farms Road
Attn: John Del Negro, Esq.
Windsor, CT 06106


Lawrence Hesse
356 West Lake Avenue
Bay Head, NJ 08742


Lawrence Kingsley
5 Pine Island Rd
Rye, NY 10580


Len Kunin
149 Emery Dr
Stamford, CT 06902


Linda Goddard
18 Hemlock Drive
Essex, CT 06426
```

Lisa Yurko
51 Crafts Road
Carmel, NY 10512


Lorista Holdings
Attn: President or General Mgr
101 N. Plains Industrial Road
Building 1B Ste 3
Wallingford, CT 06492


Lou Garcia
128 West Hills Road
New Canaan, CT 06840


Louis Chenevert
8 Atwater Terrace
Farmington, CT 06032


LPV
c/o Updike, Kelly & Spellacy
One Pearl Street, 17th Floor
Hartford, CT 06123


Lucas Turton
32 Rutland St 1R
Boston, MA 02118


Luke Walsh
57 Chichester Rd
New Canaan, CT 06840


Macrolease Corporation
Attn President or General Mgr
185 Express Street Ste 100
Plainview, NY 11803


Mag Hassan
436 Frogtown Rd
New Canaan, CT 06840


Makiaris Media Services
101 Centerpoint Dr SUITE 101
Attn: President or General Mgr
Middletown, CT 06457

Manchester Carpet Care Inc.
Attn President or General Mgr
6 Manchester Valley Road
Manchester Center, VT 05255


Mansfield Hotel & Spa
5800 St  Denis Suite 402
Montreal QC  H2S 3L5


Marcum LLP
Attn: Joseph Natarelli
555 Long Wharf Drive
New Haven, CT 06511


Mark & Karen Amanti
PO Box 1325
East Otis, MA 01029


Mark Brett
1 Four Mile Riker Rd.
Old Lyme, CT 06371


Mark Buschmann
359 Dan's Hwy
New Canaan, CT 06840


Mark Shafir
113 East 90th Street
New York, NY 10128


Mark Shafir & Hillary Shafer
113 East 90th Street
New York, NY 10128


Mary Anne Stets
369 Taugwonk Road
Stonington, CT 06378


MassDOT
EZDriveMA Pymt Processing Ctr
PO BOX 847840
Attn: President or General Mgr
Boston, MA 02241-7448

Matthew Curtis
c/o Updike Kelly & Spellacy
Attn: Kevin J. McEleney, Esq.
One Pearl Street, 17th Floor
Hartford, CT 06123


Matthew Stepanski
19 Conover Lane
Rumson, NJ 07760


McCluskey, John & Co. P.C.
ROUTE 100
P O BOX 188
Attn: President or General Mgr
WEST DOVER, VT 05356


Metropolitan Golf Assn
Attn: President or General Mgr
28 VT ROUTE 110
SOUTH ROYALTON, VT 05068


Michael & Ann Quattrochi
26 Bentley Lane
Syosset, NY 11791


Michael & Kara Lech
26-2 Cove Road
Lyme, CT 06371


Michael & Noemi  Radziemski
633 North Broadway
Nyack, NY 10960


Michael Culnen
32 School House Ln.
Morristown, NJ 07960


Michael Fayette
dba MFayette Carpentry, LLC
284 Route 100
West Dover, VT 05356


Michael Fayette Stephen Kunkle
dba Stephen Kunkle Carpentry
98 Forrett Drive
Vernon, VT 05354

Michael Posillico
1750 New Highway
Farmingdale, NY 11735


Mike & Lourdes Culnen
32 School House Lane,
Morristown, NJ 07960


Mike Lariviere
31 Priscilla Road
Wellesley Hills, MA 02481


Mike Quinn
745 Magic Circle
Londenderry, VT 05148


Mike Slomsky
9 Boulder Trail
Chappaqua, NY 10514


Mike Tokarz
2525 Purchase St
Purchase, NY 10577


Moutain Glass and Lock Corp
Attn President or General Mgr
57 Jackson Ave
Rutland, VT 05701


MR Steel Acquisition Corp.
dba Ameri-Fab
Attn President or General Mgr
4100 W Glenrosa Ave
Phoenix, AZ 85019


MURTHA CULLINA LLP
Dept 101011
PO BOX 150435
Attn: President or General Mgr
Hartford, CT 06115-0435


Nancy Morris
137 Remington Road
Manhasset, NY 11030

NEC Financial Services LLC
Attn President or General Mgr
250 Pehle Ave Ste 704
Saddle Brook, NJ 07663-5806


Neil Blumenthal
37 West 12th Street, Apt 8J
New York, NY 10011


Nick & Kat Beevers
751 Lake Ave
Greenwich, CT 06830


Nick Beevers
751 Lake Ave.
Greenwich, CT 06830


Nick Botta
28 Warewoods Road
Saddle River, NJ 07458


Noah Goodman
90 Crestview Cir
Longmeadow, MA 01106


Nordic Valley Properties LLC
Attn: President or General Mgr
34 Look Road
Wilmington, VT 05363


NORTHBRANCH FIRE DIST #1
78 DOOR FITCH Road
Attn: President or General Mgr
WEST DOVER, VT 05356


Northern Building Supplies,Inc
Attn: President or General Mgr
7 Loop Road
Newfane, VT 05345


NS Leasing, LLC
Attn: President or General Mgr
747 Pine Street Ste 201
Burlington, VT 05401

Oakleaf Marine Management Corp
Attn: President or General Mgr
c/o Inc Services, Ltd
1125 West St., Ste 229
Annapolis, MD 21401


OPCO Americas, LLC dba Aethos
Costello Valente Gentry PC
PO BOX 483
Attn: President or General Mgr
Brattleboro, VT 05302


Open Table, Inc.
29109 Network Place
Attn: President or General Mgr
Chicago, IL 60673-1291


Patrick Aubry
29 Contessa Court
Port Jefferson, NY 11777


Paul & Shannon Weymouth
317 Wrights Mill Rd
Coventry, CT 06238


Paul Scheier
210 Central Park South
Apt 20
New York, NY 10019


Paul Verrochi
33 Beaver Place
Boston, MA 02108


Peter Chase
273 Southdown Road
Lloyd Harbor, NY 11743


Peter Coleman
65 Pinehurst St
Lido Beach, NY 11561


Peter Harding
1050 Old Academy Road
Fairfield, CT 06824

Peter Lovell
48 Point Lookout
East Milford, CT 06460


Peter Mundheim
22 Beach Avenue
Larchmont, NY 10538


Peter Schwarz
2 Hickory Lane
Mount Kisco, NY 10549


Pioneer Timber Frames LLC
Attn President or General Mgr
PO Box 1057
Wilmington, VT 05363


PJB Home Center, Inc.
Perkins Home Center
Attn President or General Mgr
PO Box 430
West Chesterfield, NH 03466


Plimpton Excavating LLC
Attn President or General Mgr
496 East Hill Road
Wardsboro, VT 05355


PREMIER COPPER PRODUCTS LLC
23910 N 19TH Avenue
BLDG 4  SUITE 62
Attn: President or General Mgr
PHOENIX, AZ 85085


Ralph Guardiano
391 Boston Post Rd
Madison, CT 06443


RCN Capital LLC
Attn: President or General Mgr
75 Gerber Road East
South Windsor, CT 06074

RCN Capital LLC, ATIMA
Attn: President or General Mgr
75 Gerber Road East
South Windsor, CT 06074


Reinhart Equipment
Attn President or General Mgr
32 Thompson Drive
Essex Junction, VT 05452


Reinhart Foodservice, LLC
Attn: President or General Mgr
6250 N River Rd Ste 9000
Des Plaines, IL 60018


RFID HOTEL
55 Skyline Drive Suite 2850
Attn: President or General Mgr
Lake Mary, FL 32746


Richard & Darcy Katz
55 Farrington St
Closter, NJ 07624


Richard Baudouin
9 Indian Springs Road
Rowayton, CT 06853


Richard Goldman
10 Quintard Avenue
Old Greenwich, CT 06870


Richard St. Jean
32 Lowell Road
Concord, MA 01742


RITZ-CRAFT CORPORATION OF PA,
15 Industrial Park Road
Attn: President or General Mgr
Mifflinburg, PA 17844-7992


Rob Aubin
91 Old Sawmill Road
Londonderry, VT 05148

Rob Girschek
40 Joy Street
Boston, MA 02114


Rob Krzanowski
22 Links Court
Sparta, NJ 07871


Robert & Jennifer King
83 Walbridge Road
West Hartford, CT 06119


Robert & Rebecca Coffin
38 Beacon St  Unit 63
Boston, MA 02108


Robert Fisher
PO Box 621
Brattleboro, VT 05302-0621


Robert Rubin
4 Alpine Loop
West Dover, VT 05356


Roger Cardinal
24 Bourne Avenue
Sandwich, MA 02563


Rogger & Isabelle Alvarado
4 Farrell Road
Weston, CT 06883


Rogger Alvarado
4 Farrell Road
Weston, CT 06883


Rosario Ruffino
4 Trailside Place
Saddle River, NJ 07458

RTM Capital Partners, Inc.
c/o Updike, Kelly & Spellacy
Attn: Kevin J. McEleney, Esq.
One Pearl Street 17th Floor
Hartford, CT 06123


Sandra Manzke
12 Bishop Park Road
Pound Ridge, NY 10576


Scott & Debbie Bigman
58 Farmington Lane
Melville, NY 11747


Scott Johnston
27 Beach Drive
Darien, CT 06820


Sean McHugh
42 Oak Hill Terrace
Haddam, CT 06438


Sean Winters
10 Stillwater Road
St  James, NY 11780


Seth and Jennifer Goodman
65 Pendleton Lane
Longmeadow, MA 01106


Seth Goodman
65 Pendleton Lane
Longmeadow, MA 01106


SHEFFIELD FINANCIAL
PO BOX 580229
Attn: President or General Mgr
CHARLOTTE, NC 28258-0229


Sheila Talty
3 Bailey Drive
Guilford, CT 06437

SOLAR SENSE VT XIII LLC
CRESTMARK BANK
PO BOx 5935 Drawer 309
Attn: President or General Mgr
TROY, MI 48007-5935


SOLARSENSE VT VIII LLC
CRESTMARK BANK
PO BOX 5935 Drawer 303
Attn: President or General Mgr
TROY, MI 48007-5935


SOLARSENSE VT XII  LLC
CRESTMARK BANK
PO BOX 5935 Drawer 302
TROY, MI 48007-5935


SOUTHERN VERMONT SPRINKLER SER
35 WILLIAMS Street
Attn: President or General Mgr
BRATTLEBORO, VT 05301


Southworth Electrical Inc
Attn President or General Mgr
PO Box 20
West Wardsboro, VT 05360


Sprung Structures
Attn: President or General Mgr
5000 Tilghman Street Ste 155
Allentown, PA 18104


Squire Capital
c/o Dan Proscia
5 Yarmouth Drive
Chatham, NJ 07928


Stan Szczepanik
52 Foxcroft Court
Southington, CT 06489


STATE OF VERMONT
440 ASA BLOOMER STATE OFFICE B
Attn: President or General Mgr
RUTLAND, VT 05701-0503

Stephen Kunkle
dba Stephen Kunkle Carpentry
98 Forrett Drive
Vernon, VT 05354


Steven Albert
17 Frog Rock Road
Armonk, NY 10504


Stuart Kovensky
18 Long Pond Road
Armonk, NY 10504


SUBURBAN COMBINED ACCOUNTS
4 MILL Street
Attn: President or General Mgr
WILMINGTON, VT 05363


SUNDANCE SPAS, INC.
7283 COLLECTION CENTER DR
Attn: President or General Mgr
CHICAGO, IL 60693


SUPERIOR WALLS OF NORTHEAST LL
PO BOX 759  824 EAST MAIN Stre
Attn: President or General Mgr
EPHRATA, PA 17522


Susan McCann
153 Middle Haddam Road
Middle Haddam, CT 06456


SVT Masonry Incorporated
Attn: President or General Mgr
1185 Glasenbury Road
Shaftsbury, VT 05262


Swan Electric, Inc.
Attn President or General Mgr
18 Coldbrook Rd
Wilmington, VT 05363


Sysco Albany, LLC
Attn: President or General Mgr
One Liebich Lane
Clifton Park, NY 12065

Terence & Laura Linehan
8 Johnson Place
Rye, NY 10580


Terex Financial Services, Inc.
Attn: President or General Mgr
200 Nyala Farm Road
Westport, CT 06880


TFT Holdings, LLC
Attn: Gary Greenstein
8 Upland Lane
Armonk, NY 10504


Thano & Alison Chaltas
75 Loring Avenue
Providence, RI 02906


The Inn at Sawmill Farm, LLC
Attn: President or General Mgr
105 West Jefferson Ave
Wildwood, NJ 08260


THE PORT AUTHORITY OF NY & NJ
VIOLATIONS PROCESSING CENTER
PO BOX 15186
Attn: President or General Mgr
ALBANY, NY 12212-5186


The Portland Group
390 Franklin St
Attn: President or General Mgr
Framingham, MA 01702


Thomas & Sharon Quinn
96 High Street
Plainville, MA 02762


Thomas Whit & Eliz Armstrong
c/o Gravel & Shea PC
76 St. Paul Street, 7th Floor
Burlington, VT 05401


Timothy Babineau
2 Holly Lane
Barrington, RI 02806

Timothy Treanor
10 Shady Lane
Chappqua, NY 10514


Timothy Walding
4 Mckesson Hill Road
Chappaqua, NY 10514


Tom DeLitto
38 Edinburg Lane
Trumbull, CT 06611


Tom Garten
77 Bluff Point Road
South Glastonbury, CT 06073


TOUGH MUDDER INCORPORATED
15 METROTECH CENTER  7TH FLOOR
Attn: President or General Mgr
BROOKLYN, NY 11201


Town of Dover
Attn: Tax Collector
PO Box 527
West Dover, VT 05356-0527


Town of Wilmington
Attn: Tax Collector
Wilmington Town Hall
2 East Main Street
Wilmington, VT 05363


Town of Wilmington, Vermont
Attn Scott Tucker Town Manager
PO Box 217
Wilmington, VT 05363


Tracy Smith
38 Stonefield Rd
Avon, CT 06001


TRANZON AUCTION PROPERTIES
93 EXCHANGE Street
P O  BOX 4508
Attn: President or General Mgr
PORTLAND, ME 04112-4508

Trinity Engineering &
Technical Services LLC
Attn President or General Mgr
751 Main Road
Stamford, VT 05352


Triple T Trucking
Attn: President or General Mgr
437 Vernon Street
Brattleboro, VT 05301


TRUE WORLD FOODS
Attn: President or General Mgr
22 Food Mart Road
Boston, MA 02118


TWIN PINES CONSTRUCTION LLC
304 OLD NEWPORT Road
Attn: President or General Mgr
CLAREMONT, NH 03743


Tyler and Rose Dickson
9 Hunter Lane
Rye, NY 10580


Tyler Dickson
9 Hunter Lane
Rye, NY 10580


US Dept of Labor
The Curtis Center Ste 850 West
170 S. Independence Mall West
Philadelphia, PA 19106-3323


Vareschi Plumbing & Heating
Attn President or General Mgr
1151 Massachusetts
North Adams, MA 01247


Vermont Department of Tax
133 State Street
Montpelier, VT 05633

```
VERTITECH IT
4 OPEN SQUARE WAY  SUITE 310
Attn: President or General Mgr
HOLYOKE, MA 01040


Virany Hillard
29 Gray Rock Lane
Chappaqua, NY 10514


VT Secretary of State
128 State Street
Montpelier, VT 05633-1101


W & B MAINTENANCE
PO BOX 18
Attn: President or General Mgr
EAST DOVER, VT 05341


W&W Building Supply
Attn: President or General Mgr
434 Rte 100
Wilmington, VT 05363


Walker Kimball
200 Mending Walls Road
Manchester Center, VT 05255


Walker Manzke
12 Bishop Park Road
Pound Ridge, NY 10576


WATERSHED MANAGEMENT DIVISION,
1 NATIONAL LIFE DRIVE
MAIN BUILDING  SECOND FLOOR
MONTPELIER, VT 05620-3522


Western Equipment Finance, Inc
Attn: President or General Mgr
503 HIGHWAY 2 WEST
Devils Lake, ND 58301


Whitney Peterson
485 Whitfield Street
Guilford, CT 06437
```

```
Windham Architectural Metals
Attn President or General Mgr
86 Brook Street
Whitingham, VT 05361
```

# United States Bankruptcy Court
## District of Connecticut

In re   **Hermitage Inn Real Estate Holding Company, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hermitage Inn Real Estate Holding Company, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 28, 2019**

Date

**/s/ Douglas S. Skalka**

**Douglas S. Skalka ct00616**

Signature of Attorney or Litigant

Counsel for   **Hermitage Inn Real Estate Holding Company, LLC**

**Neubert, Pepe & Monteith, P.C.**
**195 Church Street, 13th Floor**
**New Haven, CT 06510**
**203-821-2000 Fax:203-821-2008**
**dskalka@npmlaw.com**