# United States Bankruptcy Court
### District of Connecticut

In re   **Hermitage Inn Real Estate Holding Company, LLC**                    Case No.
                                                       Debtor(s)              Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hermitage Inn Real Estate Holding Company, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 28, 2019** | **/s/ Douglas S. Skalka** |
| Date | **Douglas S. Skalka ct00616** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Hermitage Inn Real Estate Holding Company, LLC** |
| | **Neubert, Pepe & Monteith, P.C.** |
| | **195 Church Street, 13th Floor** |
| | **New Haven, CT 06510** |
| | **203-821-2000 Fax:203-821-2008** |
| | **dskalka@npmlaw.com** |