# CHECKLIST FOR MOTIONS AND ORDERS FOR USE OF CASH COLLATERAL AND POST- PETITION FINANCING

This is to certify that the following checklist information reflects the substantive content of the motion and proposed order for use of cash collateral or for post-petition financing pursuant to 11 U.S.C. §§ 363 and/or 364 as indicated below:

**1. Identification of Proceeding:**
- a. Preliminary motion/order — ● Yes ○ No ○ N/A
- b. Final motion/order — ○ Yes ● No ○ N/A
- c. Continuing use of cash collateral(§ 363) — ○ Yes ● No ○ N/A
- d. New financing(§ 364) — ● Yes ○ No ○ N/A
- e. Combination of§§ 363 and 364 financing — ○ Yes ● No ○ N/A
- f. Emergency hearing (immediate and irreparable harm) — ○ Yes ● No ○ N/A

**2. Representations:**
- a. Brief history of Debtor's businesses and status of Debtor's prior relationships with lender — ● Yes ○ No ○ N/A
- b. Brief statement of purpose and necessity of financing — ● Yes ○ No ○ N/A
- c. Brief statement oftype offinancing (i.e.) accounts receivable, inventory) — ● Yes ○ No ○ N/A
- d. Are lender's pre-petition security interest(s) and liens deemed valid, fully perfected and non-avoidable? — ○ Yes ● No ○ N/A
    - (i) Are there provisions to allow for objections to above? — ○ Yes ○ No ● N/A
- e. Is there a post-petition financing agreement between lender and Debtor? — ● Yes ○ No ○ N/A
- f. If there is an agreement, are lender's post-petition security interests and liens deemed valid, fully perfected and non-avoidable? — ● Yes ○ No ○ N/A
- g. Has lender's non-cash collateral been appraised? — ● Yes ○ No ○ N/A
- h. Insert date of latest appraisal. — November 20, 2018
- i. Is Debtor's proposed budget attached? — ● Yes ○ No ○ N/A
- j. Are all pre-petition loan documents identified? — ● Yes ○ No ○ N/A
- k. Are pre-petition liens? — ● Yes ○ No ○ N/A
- l. Are there pre-petition guaranties of debt? — ● Yes ○ No ○ N/A

**3. Grant of Liens:**
- a. Do post-petition liens secure pre-petition debts? — ○ Yes ● No ○ N/A
- b. Is there cross-collateralization? — ○ Yes ● No ○ N/A
- c. Is the priority of post-petition liens equal to or higher than existing liens? — ● Yes ○ No ○ N/A
- d. Do post-petition liens have retroactive effect? — ○ Yes ● No ○ N/A
- e. Are there restrictions on granting further liens or liens of equal or higher priority? — ● Yes ○ No ○ N/A
- f. Is lender given liens on claims under§§ 506(c), 544-50 and§§ 522? — ○ Yes ● No ○ N/A
    - (i) Are lender's attorney's fees to be paid? — ● Yes ○ No ○ N/A
    - (ii) Are Debtor's attorney's fees excepted from § 506(c)? — ○ Yes ● No ○ N/A
- g. Is lender given liens upon proceeds of causes of action under§§ 544, 547, and 548? — ○ Yes ● No ○ N/A

**4. Administrative Priority Claims:**
    a. Is lender given an administrative priority?     ● Yes ○ No ○ N/A
    b. Is administrative priority higher than § 507(a)?     ● Yes ○ No ○ N/A
    c. Is there a conversion of pre-petition secured claim to post-petition administrative claim by virtue of use of existing collateral?     ○ Yes ● No ○ N/A

**5. Adequate Protection(§ 361):**
    a. Is there post-petition debt service?     ● Yes ○ No ○ N/A
    b. Is there a replacement/additional § 361 (1) lien?     ○ Yes ● No ○ N/A
    c. Is the lender's claim given super-priority?     ● Yes ○ No ○ N/A
        ○ § 364(c) ● § 364(d)
    d. Are there guaranties?     ○ Yes ● No ○ N/A
    e. Is there adequate insurance coverage?     ● Yes ○ No ○ N/A

**6. Waiver/Release Claims v. Lender:**
    a. Debtor waives or releases claims against lender, including, but not limited to, claims under §§ 506(c), 544-550, 552, and 553 of the Code?     ○ Yes ● No ○ N/A
    b. Does the Debtor waive defenses to claim or liens of lender?     ○ Yes ● No ○ N/A
    c. Is the proposed lender also the pre-petition lender?     ○ Yes ● No ○ N/A
    d. New post-petition lender?     ● Yes ○ No ○ N/A
    e. Is the lender an insider?     ○ Yes ● No ○ N/A

**7. Modification of Stay:**
    a. Is any modified lift of stay allowed?     ○ Yes ● No ○ N/A
    b. Will the automatic stay be lifted to permit lender to exercise self-help upon default without further order?     ○ Yes ● No ○ N/A
    c. Are there any other remedies exercisable without further order of court?     ○ Yes ● No ○ N/A
    d. Is there a provision that any future modification of order shall not affect status of Debtor's post-petition obligations to lender?     ○ Yes ● No ○ N/A

**8. Creditors' Committee**
    a. Has creditors' committee been appointed?     ○ Yes ● No ○ N/A
    b. Does creditors' committee consent?     ○ Yes ○ No ● N/A

**9. Restrictions on Parties in Interest:**

    a.    Is a plan proponent restricted in any manner, concerning modification of lender's rights, liens and/or causes? ○ Yes ● No ○ N/A

    b.    Is the Debtor prohibited from seeking to enjoin the lender in pursuit of rights? ○ Yes ● No ○ N/A

    c.    Is any party in interest prohibited from seeking to modify this order? ○ Yes ● No ○ N/A

    d.    Is the entry of any order conditioned upon payment of debt to lender? ○ Yes ● No ○ N/A

    e.    Is the order binding on subsequent trustee on conversion? ● Yes ○ No ○ N/A

**10. *Nunc Pro Tunc:***

    a.    Does any provision have retroactive effect? ○ Yes ● No ○ N/A

**11. Notice and Other Procedures:**

    a.    Is shortened notice requested? ○ Yes ● No ○ N/A

    b.    Is service requested to shortened list? ○ Yes ● No ○ N/A

    c.    Is time to respond to be shortened? ○ Yes ● No ○ N/A

    d.    If final order sought, have 15 days elapsed since service of motion pursuant to FRBP 4001(b)(2)? ○ Yes ○ No ● N/A

    e.    If preliminary order sought, is cash collateral necessary to avoid immediate and irreparable harm to the estate pending a final hearing? ○ Yes ○ No ● N/A

    f.    Is a Certificate of Conference included? ○ Yes ○ No ● N/A

    g.    Is a Certificate of Service included? ● Yes ○ No ○ N/A

    h.    Is there verification of transmittal to U.S. Trustee included pursuant to FRBP 9034? ● Yes ○ No ○ N/A

    i.    Has an agreement been reached subsequent to filing motion? ○ Yes ○ No ● N/A

        i.    If so, has notice of the agreement been served pursuant to FRBP 4001 (d)(l)? ○ Yes ○ No ○ N/A

        ii.    Is the agreement in settlement of motion pursuant to FRBP 4001 (d)(4)? ○ Yes ○ No ○ N/A

        iii.    Does the motion afford reasonable notice of material provisions of the agreement pursuant to FRBP 4001(d)(4)? ○ Yes ○ No ○ N/A

        iv.    Does the motion provide for opportunity for hearing pursuant to FRBP 9014? ○ Yes ○ No ○ N/A

**Signed on**    5/28/19

By: *[signature]*