UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| **HERMITAGE INN REAL ESTATE HOLDING COMPANY, LLC,** | Case No. 19-20903 (JJT) |
| Debtor. | |

_____

### UNITED STATES TRUSTEE'S STATEMENT REGARDING THE DEBTORS' FILING VOLUNTARY CHAPTER 11 PETITIONS FOR RELIEF IN THE DISTRICT OF CONNECTICUT WHILE ONE OF THE DEBTORS HAS AN INVOLUNTARY PETITION PENDING IN THE DISTRICT OF VERMONT

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), in furtherance of his duties and responsibilities set forth in 28 U.S.C. § 586(a)(3) and (5), hereby files this Statement regarding the filing of voluntary Chapter 11 petitions for the Hermitage Inn Real Estate Holding Company, LLC (19-20903) and Hermitage Club, LLC (19-20904) while the Hermitage Inn Real Estate Holding Company, LLC is the subject of an involuntary Chapter 7 petition in the Bankruptcy Court for the District of Vermont. In support of his Statement, the United States Trustee, through his undersigned counsel, states as follows:

1. On May 22, 2019, in the District of Vermont, an involuntary petition for relief under Chapter 7 was filed against Hermitage Inn Real Estate Holding Company, LLC under Case No. 19-103214 (CAB) ("Vermont Case"), by petitioning creditors Bobbi Resek, Dan Solaz, and Lakeland Bank ("Petitioning Creditors"). The Honorable Colleen A. Brown, Chief United States Bankruptcy Court Judge for the District of Vermont is assigned to the Vermont Case.

2.      On May 28, 2019, the Hermitage Inn Real Estate Holding Company, LLC ("Hermitage Inn") and the Hermitage Club, LLC ("Hermitage Club") filed voluntary chapter 11 petitions in the United States Bankruptcy Court for the District of Connecticut, Hartford Division, under Case Nos. 19-20903 (JJT) and 19-20904(JJT), respectively.   Upon information and belief, the Hermitage Inn and the Hermitage Club are limited liability companies formed pursuant to the laws of the State of Connecticut and the Hermitage Club is a subsidiary of Hermitage Inn.   The Honorable James J. Tancredi, United States Bankruptcy Judge, has been assigned to the Connecticut cases.

3.      The United States Trustee submits that the question of proper venue lies with the court that first obtained jurisdiction over the parties, which is the Bankruptcy Court for the District of Vermont.

4.      In order to avoid duplicative litigation, wasting of judicial resources, and the potential for conflicting court decisions, it is generally held that venue in which the first proceeding was pending should be selected where there are competing actions in different venues.   "[W]here there are two competing lawsuits, the first suit should have priority, absent the showing of balance of convenience or special circumstances giving priority to the second." First City Nat'l Bank & Trust v. Simmons, 878 F.2d 76, 79 (2d Cir.1989) *as quoted in* D.H. Blair & Co. v. Gottdiener, 462 F.3d 95 (2d Cir.2006); *see also* New York Marine and General Ins. Co. v. LaFarge North America, Inc., 599 F.3d 102 (2d Cir.2010).

5. The United States Trustee has not yet developed a position regarding the proper situs of venue in the cases.[1]

6. Accordingly, the United States Trustee has requested that the Bankruptcy Court for the District of Vermont address the venue question as soon as appropriate to do so. *See* Vermont Case at ECF 17.

Dated: April 29, 2019  
New Haven, CT

Respectfully submitted,

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE FOR REGION 2

By: /s/ Steven E. Mackey  
Steven E. Mackey/ct09932  
Trial Attorney  
Giaimo Federal Building  
150 Court Street, Room 302  
New Haven, CT 06510  
Tel. No. (203) 773-2210

---

[1] The question of the appropriate venue for the Hermitage Club should also be considered if it is to be joined administratively to the Hermitage Inn case in its appropriate venue.