UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 19-20903 |
| HERMITAGE INN REAL ESTATE | ) | |
| HOLDING COMPANY, LLC | ) | |
| | ) | |
| Debtor | ) | May 29, 2019 |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES AND PLEADINGS**

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearance of William S. Fish, Jr. and the law firm of Hinckley, Allen & Snyder LLP, as counsel for Berkshire Bank, a Creditor. The undersigned requests that notices of all matters be served as follows:

> William S. Fish, Jr., Esq.
> Hinckley, Allen & Snyder LLP
> 20 Church Street, 18th Floor
> Hartford, CT  06103
> Telephone: (860) 331-2700
> Facsimile: (860) 278-3802
> Email: wfish@hinckleyallen.com

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise, which affect the Debtor or the property of the Debtor filed by any party in the above-captioned case.

BERKSHIRE BANK

By Its Attorneys,

*/s/ William S. Fish, Jr.*
William S. Fish, Jr., Esq. (Bar No. 05349)
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, CT 06103
Telephone: (860) 331-2700
Facsimile: (860) 278-3802
Email: wfish@hinckleyallen.com

Dated:       May 29, 2019

## CERTIFICATE OF SERVICE

I, William S. Fish, Jr., hereby certify that on this 29th day of May, 2019, I caused to be served a copy of the Notice of Appearance and Request for Service of All Notices and Pleadings filed herewith to be served by this Court's CM/ECF System.

/s/ *William S. Fish, Jr.*
William S. Fish, Jr., Esq.
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, CT 06103
Telephone: (860) 331-2700
Facsimile: (860) 278-3802
Email: wfish@hinckleyallen.com

58743264 v1