**Fill in this information to identify the case:**

Debtor name: __Hermitage Inn Real Estate Holding Company, LLC__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) __19-20903__

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☑ Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    X /s/ James R. Barnes
                       Signature of individual signing on behalf of debtor

                       __James R. Barnes__
                       Printed name

                       __Manager__
                       Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hermitage Inn Real Estate Holding Company, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | **19-20903** |

☑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Haymaker Investments, LLC** c/o Louis Chenevert 8 Atwater Terrace Farmington, CT 06032 | | 100k Club Member / Family Legacy Memberships | | | | $1,500,000.00 |
| **Don Griesdorn** 8787 Bay Colony Drive Apt 2002 Naples, FL 34108 | | Deposit on Real estate | | | | $1,300,000.00 |
| **Lorista Holdings LH VT House, LLC** Attn: President or General Mgr 101 N. Plains Industrial Road Building 1B Ste 3 Wallingford, CT 06492 | | Judgment | | | | $1,174,560.40 |
| **Rob Girschek** 40 Joy Street Boston, MA 02114 | | 100k Club Member | | | | $700,000.00 |
| **John & Ioanna Donohue** 25 Jennifer Lane New Canaan, CT 06840 | | Deposit on Unfinished Townhome in Grenoble Way Development | | | | $670,000.00 |
| **IVJMA, LLC - Tanaglia Brothers** Attn: President or General Mgr 6805 Atlantic Ave Wildwood, NJ 08260 | | 100k Club Member | | | | $600,000.00 |
| **Robert Rubin** 4 Alpine Loop West Dover, VT 05356 | | 100k Club Member Bridge Loan | | | | $500,000.00 |

Debtor **Hermitage Inn Real Estate Holding Company, LLC**  
Name

Case number (if known) **19-20903**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Douglas Hollenbeck** 29 Timothy Drive Westerly, RI 02891 | | 100k Club Member, Membership Initiation Fee Redemption Value | | | | $500,000.00 |
| **G2 Capital** 535 Boylston Street 11th Floor Attn: President or General Mgr Boston, MA 02116 | | Advisory Services | | | | $410,012.33 |
| **Dan McLeod** 411 Soundview Avenue Stamford, CT 06902 | | 100k Club Member | | | | $350,000.00 |
| **Carmen Martocchio & W Siracusa** 151 Bamforth Road Vernon, CT 06066 | | 100k Club Member | | | | $300,000.00 |
| **Marcum LLP** Attn: Joseph Natarelli 555 Long Wharf Drive New Haven, CT 06511 | | Accounting Services | | | | $285,158.00 |
| **Albert Subbloie** 908 Rainbow Trail Orange, CT 06477 | | Loan | | | | $275,000.00 |
| **Joseph Willen** 29 Bluff Point Rd Northport, NY 11768 | | 100k Club Member | | | | $250,000.00 |
| **Steven Albert** 17 Frog Rock Road Armonk, NY 10504 | | 100k Club Member | | | | $200,000.00 |
| **Rob Aubin** 91 Old Sawmill Road Londonderry, VT 05148 | | 100k Club Member | | | | $200,000.00 |
| **Kevin Siebrecht** 8 Whispering Way Brookfield, CT 06804 | | 100k Club Member | | | | $200,000.00 |
| **Dana Nielsen** 87 Sunset Dr Weston, MA 02493 | | 100k Club Member | | | | $200,000.00 |
| **Bill Russell** 1085 Sasco Hill Rd Fairfield, CT 06824 | | 100k Club Member | | | | $200,000.00 |

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | | Case number *(if known)* | **19-20903** | |
|---|---|---|---|---|---|
| | Name | | | | |

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **8 Stags Leap LLC 400 Beach Drive #2405 Attn: President or General Mgr St Petersburgh, FL 33617** | | **Rent** | | | | **$161,102.82** |